## Commonwealth *v.* Wolfe, Appellant.

Before SCHWARTZ, J., without a jury.

Argued November 12, 1974. *Stanton D. Levenson,* with him *Watzman, Levenson & Snyder,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Cvetkovich, Appellant, *v.* Robinson.

Before TOOTHMAN, P. J.

Argued November 13, 1974. *John J. Ross,* for appellant; *R. Wallace Maxwell,* with him *Maxwell and Davis,* for appellee.

Order affirmed.